### Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 5 Penn Plaza, 23rd Fl | | P: (917) 244-4322 |
| New York, New York 1001 | Raoul@ZaltzbergLaw.com | F: (212) 609-1345 |

_____

February 25, 2021

The Honorable Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, NY 10007
*By email*

**MEMORANDUM ENDORSEMENT**

Re:   *United States v. Rory Jackson*, 21-mj-01248

Dear Judge Gorenstein,

    I represent Rory Jackson in the above-referenced matter. I write with consent of the government to request a one-week extension to meet Mr. Jackson's bail conditions.

    On February 9, 2021 of a $100,000 bond secured by two financially responsible persons and one moral suasion co-signer, along with other standard conditions of release. The Court ordered that Mr. Jackson's co-signers had until February 23, 2021 to sign the bond. Due to the pandemic and the schedules of Mr. Jackson's potential co-signers, we are respectfully requesting an extension of time, until March 4, 2021, in order to facilitate Mr. Jackson's bond co-signers to fully provide the proper paperwork to the U.S. Attorney's Office and for them to sign the bond. Again, the government consents to this application.

    Thank you in advance for your consideration.

Sincerely,

_____/s/_____
Raoul Zaltzberg, Esq.
*Attorney for Defendant*
raoul@zaltzberglaw.com
917-244-4322

**Application granted.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**February 26, 2021**